UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY L. BARNES, | ) |
| Plaintiff, | ) 2:10-cv-1100-PMP-RJJ |
| vs. | ) |
| CALIFORNIA RECONVEYANCE COMPANY, *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter is before the Court on an Application to Proceed *In Forma Pauperis* (#1). The Court having reviewed the Application (#1) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application to Proceed *In Forma Pauperis* (#1) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk shall send the Plaintiff a blank application to proceed *in forma pauperis* long form along with a copy of this Order.

IT IS FURTHER ORDERED that Plaintiff shall have to and including August 20, 2010, to complete said application and file it with the Court. Plaintiff is advised that failure to comply will result in a recommendation that this case be dismissed.

DATED this   19th   day of July, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge